U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

SEP 2 7 2012

TONY R. MOORE, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: EUNICE TRAIN DERAILMENT | CIVIL ACTION 00-1267 |
| VERSUS | JUDGE HAIK |
| | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick Hanna for Report and Recommendation. After an independent review of the record, and noting the absence of objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. As such;

The Motion to proceed *in forma pauperis* (Doc. 1285) is **DENIED**.

**THUS DONE** and **SIGNED** on this the 26th day of September 2012.

_____
JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT